

**KITSON & SCHUYLER P.C.**
Attorneys-at-Law

321 South Riverside Avenue
Croton-on-Hudson, NY 10520
Tel: (914) 862-0999
Fax: (914) 862-0990
www.kitsonschuyler.com

Peter Schuyler, Esq.
pschuyler@kitsonschuyler.com

February 14, 2020

Hon. Frederick J. Scullin, Jr.
United States District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

Re:  Dubois v. Beaury, et. al., Docket No. 1:20-cv-00086-FJS-CFH

Hon. Judge Scullin:

This firm represents the plaintiff in the above-referenced matter. We are writing for the purpose of requesting an additional adjournment of the motion schedule entered by the court in the docket to this matter on February 18, 2020 (with regard to both motions to dismiss).

As I discussed in a letter to the court last month, I recently underwent major surgery. I have been unable to work regularly during my recovery. I remain in an immunocompromised state and have been advised to remain at home for at least two weeks due to the emergency situation related to Coronavirus which is spreading quickly in Westchester County, where I live and work. I will be significantly restricted in my ability to work during this time, and the possibility exists that a longer isolation period may be required.

In light of this unprecedented set of circumstances, I respectfully request that the current motion schedule be adjourned for forty five days, such that plaintiff's opposition to the pending motions be adjourned to May 7, 2020, with defendants' reply due by May 14, 2020.

We thank the court for its attention to this matter.

Respectfully,

*Peter Schuyler*

Peter Schuyler

cc:  Gregg T. Johnson, Esq.
Thomas K. Murphy, Esq.
Daniel Rubin, Esq.